ACCEPTED
06-18-00002-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/26/2018 12:51 PM
DEBBIE AUTREY
CLERK

## NO. 06-18-00002-CR

| ROGER DEE BENEFIELD | § | IN THE COURT OF APPEALS |
| | § | |
| VS. | § | SIXTH JUDICIAL DISTRICT |
| | § | |
| STATE OF TEXAS | § | TEXARKANA, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/26/2018 12:51:57 PM
DEBBIE AUTREY
Clerk

### DEFENDANT'S FIRST MOTION TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE COURT:

COMES NOW ROGER DEE BENEFIELD, Defendant, and moves the Court to extend the time for filing the Appellant's Brief in accordance with Rule 10.5 of the Texas Rules of Appellate Procedure. In support of his motion, Appellant would show the following:

A.    Appellant's brief is due by March 28, 2018.

B.    Appellant seeks a thirty-day extension.

C.    The undersigned counsel has a *Daubert* hearing scheduled for tomorrow, March 27, 2018, at 1:30 p.m. in *Larry Short v. Memorial Medical Center et al.*, CV-00545-15-08 in the 159th District Court of Angelina County, Texas, approximately two hours away, followed by a family vacation in San Antonio (parents flew in from New York) until April 1, 2018. The undersigned counsel filed a response to a petition for review in the Texas Supreme Court, as requested by the Court, in *The Source for PublicData.com, L.P. et al. v. D.K.W.*, No. 17-0723, on March 7, 2018. The undersigned counsel had a trial in *James Bell v. Wheel & Performance—Longview, LLC*, Cause No. S1-192-17 in the Justice Court of Gregg County, Texas, Precinct 1, on March 8, 2018.

D.    No extensions have previously been granted regarding the Appellant's brief.

This motion is made not for purposes of delay but so that justice may be done.

Respectfully submitted,

THE LAW OFFICE OF JONATHAN WHARTON
P.O. Box 3585
Longview, TX 75606
Tel. (903) 931-3616
Fax (903) 900-4727
E-mail: jonwhartonlaw@gmail.com


BY:＿＿＿/s/ Jonathan Wharton＿＿＿＿＿
   JONATHAN WHARTON
   STATE BAR NO. 24075764
   ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served on the District Attorney's Office of Gregg County, counsel for appellee, on this the ＿26＿ day of ＿＿March＿＿, 2018, by email.

   ＿＿＿/s/ Jonathan Wharton＿＿＿＿＿
   JONATHAN WHARTON